1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BOWNE, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC.,<br><br>         Defendant. | Case No. 22cv1328-JO (MSB)<br><br>**ORDER ON JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** |

On November 3, 2022, the parties filed a "Joint Motion to Continue Early Neutral Evaluation [("ENE")] and Case Management Conference [("CMC")]," wherein they asked this Court to continue the ENE/CMC currently set for November 18, 2022, to December 9, 2022 and adjust the related dates to correspond.  (ECF No. 7.)  In support, the parties explain that they have met and conferred and believe they will reach an early resolution in this matter, and that the requested brief continuance would allow them "sufficient time to settle the matter and avoid having to burden the court and the parties with the time and preparation for the upcoming" conferences.  (Id. at 2.)   Pursuant to joint motion and good cause appearing, the Court **GRANTS** the joint motion follows:

1. The ENE/CMC is **CONTINUED** to **December 9, 2022**, at **9:30 a.m.**

2. The parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **November 25, 2022** and must file a Joint Discovery Plan no later than **December 2, 2022**.

3. No later than **December 2, 2022**, the parties shall submit directly to Magistrate Judge Berg's chambers (via hand delivery or by e-mail to the Court at efile_berg@casd.uscourts.gov), confidential settlement statements.

Except as explicitly modified in this order, all requirements set forth in the October 13, 2022 Notice and Order for Early Neutral Evaluation Conference and Case Management Conference [ECF No. 6] remain in effect.

**IT IS SO ORDERED.**

Dated: November 3, 2022

Honorable Michael S. Berg
United States Magistrate Judge